**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**COURT FILE NO.: 1:12-cv-00287-RPM-CBS**

Noreen Knowles,
    Plaintiff

v.

Virtuoso Sourcing Group, LLC,
    Defendant

_____

**STIPULATION TO DISMISS WITH PREJUDICE**
_____

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, by and through their respective attorneys, hereby stipulate and agree that the instant action be dismissed with prejudice and with each party to bear its own attorneys' fees and costs.


For Plaintiff,  
  s/ Craig J. Ehrlich  
Weisberg & Meyers, LLC

For Defendant,  
  s/ Irvin Borenstein  
Silverman/Borenstein, PLLC

## **CERTIFICATE OF SERVICE**

I certify that on November 19, 2012, I electronically filed the foregoing document with the clerk of the U.S. District Court of Colorado, using the electronic case filing system of the court. A copy of the foregoing Stipulation to Dismiss with Prejudice was served on counsel of record below via the court's CM/ECF system:

Irvin Borenstein
Silverman/Borenstein, PLLC
13111 E Briarwood Ave., Ste. 340
Centennial CO 80112
irv@sblawpllc.com

By: s/Lydia Bultemeyer
    Lydia Bultemeyer

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**COURT FILE NO.: 1:12-cv-00287-RPM-CBS**

Noreen Knowles,
    Plaintiff

v.

Virtuoso Sourcing Group, LLC,
    Defendant

_____

Agreed Order of Dismissal Pursuant to Settlement

_____

Pursuant to settlement, the case is dismissed *with* prejudice and without fees or costs to either party.

                        Hon. Craig B. Shaffer
                        United States District Judge

Dated: _____