# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Actiopn No.12-cv-00287-RPM-CBS

Noreen Knowles,

    Plaintiff,

v.

Virtuoso Sourcing Group, LLC,

    Defendant

_____

Agreed Order of Dismissal Pursuant to Settlement
_____

    Pursuant to settlement, the case is dismissed *with* prejudice and without fees or costs to either party.

Dated: November 19th, 2012

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge